ORANGE,
*February,*
1838.

JOSEPH MOFFAT *v.* LUCRETIA MOFFAT,

*(Petition for a divorce.)*

THE citation in this case was served, by leaving a copy with the petitionee. The original order directed that the petitionee be notified of said petition, by furnishing her with a copy of the same, and of the order thereon, at least, twelve days preceding the term of the court, to which the petition was preferred. The citation was directed to any indifferent person. The only evidence of service was a certificate of a justice of the peace, that Daniel Claflin, jr. personally appeared before said justice, and made oath that he delivered to the petitionee a true copy of the petition and citation.

By the Court.—The service is insufficient, no notice having been regularly given to the petitionee. No person is authorized to serve process from this court, unless particularly named in such process.